

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2018

No. 04-17-00810-CV

**CODY, TEXAS, L.P**.,
Appellant

v.

**BPL EXPLORATION, LTD.**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,665
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellee's Motion for Leave to File Amended Brief is hereby GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court